**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-31343
Summary Calendar

MOHD RIBHE MAHMOUD,

Petitioner-Appellant,

VERSUS

IMMIGRATION & NATURALIZATION SERVICE,

Respondent-Appellee.

Appeal from the United States District Court
for the Western District of Louisiana
(97-CV-642)

November 12, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

    AFFIRMED.  See 5th Cir. R. 47.6.

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.